UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DANIEL KAROLEWICZ,

    Plaintiff,                                      Case No. 3:18-cv-01496-HES-JRK

v.

BRIDGECREST CREDIT COMPANY, LLC

    Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court on the Parties' "Joint Stipulation of Dismissal with Prejudice" (Dkt. 13). The case was previously administratively closed while the Parties were in arbitration. (*See* Dkt. 9).

Accordingly, it is hereby **ORDERED**:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned case is **DISMISSED with prejudice**, with each party to bear their own attorneys' fees, costs and expenses; and

2. The Clerk is directed to terminate all pending motions and close the matter pending.

**DONE AND ORDERED** at Jacksonville, Florida, this 15% day of January, 2020.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Octavio Gomez, Esq.
Robert E. Sickles, Esq.
Yesica S. Liposky, Esq.